IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| APPLEBY APARTMENTS LP, | § | |
| | § | No. 147, 2024 |
| Plaintiff Below, Appellant, | § | |
| | § | Court Below–the Court of |
| v. | § | Chancery of the State of |
| | § | Delaware |
| APPLEBY APARTMENTS | § | |
| ASSOCIATES, L.P., | § | C.A No. 2022-0325 |
| | § | |
| Defendant Below, Appellee. | § | |

Submitted: October 30, 2024
Decided: November 12, 2024

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## ORDER

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Court of Chancery's final report dated March 31, 2023, and letter decision dated August 30, 2023.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice